IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUE MARCELLA HAMBY,

      Petitioner,            No. CIV S-97-0164 LKK DAD P

    vs.

TINA FARMON,

      Respondent.

_____/

ROBERT M. FENENBOCK,

      Petitioner,            No. CIV S-97-1731 LKK DAD P

    vs.

DIRECTOR OF DEPARTMENT OF
CORRECTIONS, et al.,

      Respondents.

_____/

CHERRI LYNN FRAZIER,

      Petitioner,            No. CIV S-97-2196 LKK DAD P

    vs.

TINA FARMON,

      Respondent.

_____/

1

1 ROBERT LOREN BOND,

2    Petitioner,       No. CIV S-99-2150 LKK DAD P

3   vs.

4 RICHARD A. RIMMER, et al.,

5    Respondents.

6 _____/

7 BERNARD LEROY MACCARLIE,

8    Petitioner,       No. CIV S-00-1830 LKK DAD P

9   vs.

10 GAIL LEWIS, et al.,

11    Respondents.      <u>ORDER</u>

12 _____/

13    By order filed June 10, 2005, counsel were informed that the court had received

14 and reviewed personnel records pertaining to Dan Kartchner.  The undersigned ruled that the

15 Trinity County Sheriff's Department will not be required to provide petitioners with any

16 documents contained in the personnel records.  IT IS HEREBY ORDERED that:

17    1.  The Clerk of the Court shall mail the personnel file for Dan Kartchner,

18 together with a copy of this order, to Trinity County Personnel using the mailing label provided

19 by county counsel; and

20    2.  The Clerk of the Court shall serve a copy of this order and a copy of the court's

21 June 10, 2005 order on Jeanette Palla, County Counsel, at Office of the County Counsel, P.O.

22 Box 1428, Weaverville, CA 96093-1428.

23 DATED: July 5, 2005.

24

25 DAD:13

  DALE A. DROZD

  UNITED STATES MAGISTRATE JUDGE

26 hamby5.dankpersfile