UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORRIS FENENBOCK,<br><br>       Petitioner<br><br>       v.<br><br>DIRECTOR OF DEPARTMENT OF CORRECTIONS,<br><br>       Respondent. | No. Civ S-97-1731 LKK DAD P<br><br><br><br><br><br>**ORDER** |

Petitioner, a state prisoner proceeding through counsel, has requested a forty-five day extension of time, to and including January 3, 2010, in which to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that petitioner's request is granted. Petitioner shall file a traverse on or before January 3, 2010.

DATED: November 17, 2009.

                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

/fene1731.111t(4)

1