IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT M. FENENBOCK,

    Petitioner,                     No. CIV S-97-1731 LKK CHS P

    vs.

DIRECTOR OF DEPARTMENT OF CORRECTIONS,

    Respondent.                  ORDER

/////

        Petitioner Robert Fenenbock is a state prisoner proceeding with counsel on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Fenenbock attacks his March 16, 1994 conviction in the Solano County Superior Court, case number C35712, for first-degree murder.

        On March 22, 2010, respondent was ordered to lodge the entire transcripts from the trial of petitioner's co-defendants Barbara Adcock and Anthony "Tex" Lockley. Respondent lodged those documents on April 1, 2010.

        Review of those documents however finds that Exhibit FF5 Reporter's Transcript Vol. III pp. 564-844 is actually a copy of the Clerk's Transcript and the Reporter's Transcript Vol. III pp. 564-844 is absent from the lodging.

1

1    Accordingly, IT IS ORDERED that respondent lodge the actual copy of
2 Reporter's Transcript Vol. III pp. 564-844 within 14 days of the date of this order.
3 /////
4 DATED: April 8, 2010

*Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE